UNITED STATES of America, Plaintiff–Appellee,

v.

Durrell TOPPIN, a/k/a Smiles, Defendant–Appellant.

No. 13–6237.

United States Court of Appeals, Fourth Circuit.

Submitted: May 30, 2013.

Decided: June 5, 2013.

Durrell Toppin, Appellant Pro Se. Lawrence Joseph Leiser, Michael Edward Rich, Assistant United States Attorneys, Jessica R. Hertz, Office of the United States Attorney, Alexandria, Virginia, for Appellee.

Before SHEDD, DIAZ, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Durrell Toppin appeals the district court's order construing his motion as seeking relief under 18 U.S.C. § 3582(c)(2) (2006) and denying the motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Toppin*, No. 1:07–cr–00013–JCC–3 (E.D.Va. Jan. 9, 2013). We dispense

with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*